JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Elaine H. Smith, aka<br>Gertrude Elaine Harris,<br><br>Defendant | No. CV 11-4165<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Elaine H. Smith, aka Gertrude Elaine Harris, in the principal amount of $2,595.35 plus interest accrued to May 9, 2011, in the sum of $114.84; with interest accruing thereafter at the daily rate of $0.21 until entry of judgment, for a total amount of **$2,710.19**.

DATED: July 5, 2011          By: _____Terry Nafisi_____
                                  Clerk of the Court

                                  _____A. Martinez_____
                                  Deputy Clerk
                                  United States District Court